

FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Criminal Case No. 08CR2913-BTM |
|  Plaintiff, | )<br>)  I N F O R M A T I O N |
| v. | )  Title 21, U.S.C., Secs. 952 and<br>)  960 - Importation of |
| HECTOR MANUEL CARLO, | )  Methamphetamine(Felony) |
|  Defendant. | ) |

The United States Attorney charges:

On or about July 31, 2008, within the Southern District of California, defendant HECTOR MANUEL CARLO, did knowingly and intentionally import 50 grams or more, to wit: approximately 11.94 kilograms (26.27 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: _8/28/08_ .

KAREN P. HEWITT
United States Attorney

SABRINA L. FÈVE
Assistant U.S. Attorney

SLF:mg:San Diego
8/12/08